Argued and submitted January 9, reversed and remanded February 7, 2007

STATE OF OREGON,
*Plaintiff-Appellant,*

*v.*

MICHAEL ALAN KEFFER,
*Defendant-Respondent.*

Multnomah County Circuit Court
040342292; A128508

152 P3d 961

Laura S. Anderson, Assistant Attorney General, argued the cause for appellant. With her on the brief were Hardy Myers, Attorney General, and Mary H. Williams, Solicitor General.

Richard E. Oberdorfer argued the cause for respondent. With him on the brief was Oberdorfer Law Firm LLC.

Before Haselton, Presiding Judge, and Armstrong and Rosenblum, Judges.

PER CURIAM

Reversed and remanded. *State v. Roeder,* 209 Or App 199, 147 P3d 363 (2006); *State v. Warner,* 200 Or App 65, 112 P3d 464 (2005), *rev allowed,* 340 Or 157 (2006).